UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRANEETH KUMAR USIRIPALLI,<br><br>Defendant | Criminal No. 25cr10437<br><br>Violations:<br><br>Counts One and Two: Assault with a Dangerous Weapon Onboard an Aircraft in the Special Aircraft Jurisdiction (49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(3)) |

## INDICTMENT

### COUNT ONE
Assault with a Dangerous Weapon Onboard an Aircraft in the Special Aircraft Jurisdiction
(49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(3))

The Grand Jury charges:

On or about October 25, 2025, in the District of Massachusetts, and elsewhere, the defendant,

PRANEETH KUMAR USIRIPALLI,

being an individual in the special aircraft jurisdiction of the United States, onboard Lufthansa Flight 431 enroute from Chicago, Illinois to Frankfurt, Germany, did assault, with a dangerous weapon, a passenger, namely Minor A, onboard the flight.

All in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(3).

## COUNT TWO
### Assault with a Dangerous Weapon Onboard an Aircraft in the Special Aircraft Jurisdiction
(49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(3))

The Grand Jury charges:

On or about October 25, 2025, in the District of Massachusetts, and elsewhere, the defendant,

**PRANEETH KUMAR USIRIPALLI,**

being an individual in the special aircraft jurisdiction of the United States, onboard Lufthansa Flight 431 enroute from Chicago, Illinois to Frankfurt, Germany, did assault, with a dangerous weapon, a passenger, namely Minor B, onboard the flight.

All in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(3).

A TRUE BILL

_____
FOREPERSON


_____
ALLEGRA FLAMM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: NOVEMBER 20, 2025
Returned into the District Court by the Grand Jurors and filed.

                                                /s/ Noreen A. Russo
                                                DEPUTY CLERK     at 12:25 PM